UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA )
)
v. ) INDICTMENT NO. 1:20-CR-35
)
ANGEL AYALA LOPEZ )

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by

leave of Court endorsed hereon, the United States Attorney for the Southern

District of Georgia hereby dismisses without prejudice the above-referenced

Indictment filed against the defendant.

/s/ *Tara Lyons*
Tara Lyons
Assistant United States Attorney
Deputy Chief, Criminal Division


/s/ *Jessica Rock*
Jessica Rock
Special Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal.

This __21st__ day of June, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA